ST. FRANCIS HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6879

ST. FRANCIS HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed February 9, 1973.*

ST. FRANCIS HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6899

R. HERSCHEL MANUFACTURING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 9, 1973.*

R. HERSCHEL MANUFACTURING CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.